■

209 So.2d 40

**BOARD OF TRUSTEES OF the FIREMEN'S PENSION AND RELIEF FUND OF the CITY OF NEW ORLEANS**

v.

**CITY OF NEW ORLEANS, the Council of the City of New Orleans, John J. Petre et al.**

No. 49183.

April 19, 1968.

In re: City of New Orleans, the Council of the City of New Orleans, John J. Petre et al., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So.2d 168.

Writ refused. The judgment is not final.

■

209 So.2d 40

**BOARD OF TRUSTEES OF the FIREMEN'S PENSION AND RELIEF FUND OF the CITY OF NEW ORLEANS et al.**

v.

**CITY OF NEW ORLEANS, the Council of the City of New Orleans, John J. Petre et al.**

No. 49184.

April 19, 1968.

In re: City of New Orleans, the Council of the City of New Orleans, John J. Petre

et al., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So.2d 166.

Writ refused. Relators have a remedy by appeal in the event of an adverse judgment on the merits.

■

209 So.2d 40

**RUCKSTUHL & FICK, INC.**

v.

**PARISH OF JEFFERSON, Governing Authority of East Jefferson Waterworks District No. 1, et al.**

**Frank C. VOSS**

v.

**RUCKSTUHL & FICK, INC., and East Jefferson Waterworks District No. 1 of the Parish of Jefferson.**

No. 49186.

April 19, 1968.

In re: Parish of Jefferson, governing authority of East Jefferson Waterworks District No. 1, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 207 So.2d 175; 207 So.2d 170.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.